Union Naval Stores Company, a corporation under the laws of West Virginia, Plaintiff in Error, v. Seaboard Air Line Railway Company, a corporation, Defendant in Error.

### Division A.

Writ of error to Circuit Court, Escambia county; Lucius J. Reeves, Judge.

John Eagan for plaintiff in error.

Pasco & Shine and Henderson & Henderson for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*